UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-3335 FMO (AFMx) | Date | January 24, 2022 |
|---|---|---|---|
| Title | Philip Rodney Major v. Donald Albert Zimprich | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Imposition of Sanctions

Pursuant to the Court's Order of April 5, 2021, the parties were required to file their pretrial documents on January 14, 2022, and January 21, 2022. (See Dkt. 17, Court's Order of April 5, 2021). As of the date of this Order, the parties have not filed any pretrial documents. (See, generally, Dkt.). According, IT IS ORDERED THAT:

1. Counsel for the parties shall appear on **Friday, January 28, 2022, at 2:30 p.m.** in courtroom 6D of the First Street Courthouse to show cause why sanctions should not be imposed for failure to comply with the Court's Order of April 8, 2019. **Failure to appear on the date set forth above shall result in the imposition of sanctions including, but not limited to, the dismissal of the case for lack of prosecution and failure to comply with the orders of the court.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002).

2. The pretrial conference shall take place on the same date and time as set forth in paragraph one.

3. The order to show cause and pretrial conference shall be deemed vacated in the event the parties file a notice of settlement prior to the hearing.

| | Initials of Preparer | gga |
|---|---|---|