JS-6

**THE WALLACE FIRM, PC**
BRADLEY S. WALLACE, ESQ. (SBN #243169)
contact@wallacefirm.email
MEGHRY V. GARABEDIAN, ESQ. (SBN #299401)
meg@wallacefirm.email
16000 Ventura Blvd., Suite 440
Encino, CA 91436
Tel: 818-476-5998
Fax: 818-476-5598

**JACOBY AND MEYERS ATTORNEYS LLP**
JUBIN J. NIAMEHR, ESQ. (SBN #266794)
referoutmail@jacobyandmeyers.com
10900 Wilshire Blvd., Floor 15
Los Angeles, California 90024
Tel.: (310) 312-3300
Fax: (310) 882-5444

Attorneys for Plaintiff, PHILLIP RODNEY MAJOR

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RODNEY MAJOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD ALBERT ZIMPRICH, an individual; and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.: 2:20-cv-03335-FMO (AFMx)<br><br>**ORDER RE: NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE PRETRIAL CONFERENCE AND ORDER TO SHOW CAUSE RE: IMPOSITION OF SANCTIONS** |

The parties are pleased to report that this matter settled on September 28, 2021, in all respects, including Plaintiff's claims for bodily injury damages, loss of earnings, and general damages.

///
///
///
///
///

1

**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE PRETRIAL CONFERENCE AND ORDER TO SHOW CAUSE RE: IMPOSITION OF SANCTIONS**

The parties respectfully request that the Court vacate the Pretrial Conference and Order to Show Cause Regarding the Imposition of Sanctions set for January 28, 2022. All dates are vacated. Clerk shall close the case.

DATED: January 24, 2022                         **THE WALLACE FIRM, PC.**

By:_____
BRADLEY S. WALLACE, ESQ.
MEGHRY V. GARABEDIAN, ESQ.
Attorneys for Plaintiff,
PHILLIP RODNEY MAJOR

DATED: January 24, 2022                         **JACOBY AND MEYERS ATTORNEYS LLP**

By:_____
JUBIN J. NIAMEHR, ESQ.
Attorneys for Plaintiff,
PHILLIP RODNEY MAJOR

DATED: January 24, 2022                         **GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP**

By:_____
VINCENT BRUNELLO, ESQ.
Attorneys for Defendant,
DONALD ALBERT ZIMPRICH

IT IS SO ORDERED.

DATED: January 26, 2022          By:     /s/ Fernando M. Olguin
                                         _____
                                         UNITED STATES DISTRICT JUDGE

2
**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE PRETRIAL CONFERENCE AND ORDER TO SHOW CAUSE RE: IMPOSITION OF SANCTIONS**

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) SS:
COUNTY OF LOS ANGELES )

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Los Angeles, California, and my business address is 16000 Ventura Blvd., Suite 440, Encino 91436.

On January 24, 2022, I caused to be served to the following document: **NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE PRETRIAL CONFERENCE AND ORDER TO SHOW CAUSE RE: IMPOSITION OF SANCTIONS** on the interested parties as follows:

**SEE ATTACHED SERVICE LIST**

[X]  **By Electronic Mail** – I caused said documents to be sent from e-mail address delia@wallacefirm.email to the persons at the e-mail addresses listed in the Service List.

By electronic submission of the document(s) to the persons at the e-mail address(es) listed based on notice provided, that during the Coronavirus (Covid-19) pandemic, this office will be working remotely, and is therefore using electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 24, 2022, at Los Angeles, California.

_____
Delia Gustafson

[X]  **Via Mail:** By placing a copy thereof for delivery in a separate envelope addressed to each addressee, respectively, as follows:

[X]  **BY FIRST-CLASS MAIL [Code of Civ. Proc. §§ 1013 and 1013 (a)]**
[ ]  **BY OVERNIGHT DELIVERY [Code of Civ. Proc. §§ 1013(c) and 1013(d)]**

I am readily familiar with the firm's practice of collection and proceeding correspondence for mailing. Under that Practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 24, 2022, at Encino, California.


_____
Jasmin Estrada

## SERVICE LIST

| JUBIN J. NIAMEHR, ESQ.<br>**JACOBY AND MEYERS ATTORNEYS LLP**<br>10900 Wilshire Blvd., Floor 15<br>Los Angeles, California 90024<br>Tel.: (310) 312-3300<br>Fax: (310) 882-5444<br>Email: referoutmail@jacobyandmeyers.com<br>Attorneys/Co-Counsel for Plaintiff, **PHILLIP RODNEY MAJOR** | VINCENT BRUNELLO, ESQ.<br>**GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP**<br>38 Discovery, Suite 200<br>Irvine, CA 92618<br>Telephone: (949) 753-0255<br>Facsimile: (949) 753-0265<br>Email: vbrunello@g3pmlaw.com<br>Email: mmiller@g3pmlaw.com<br>Email: lcastelan@g3pmlaw.com<br>Attorney for Defendant, **DONALD ALBERT ZIMPRICH** |

**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE PRETRIAL CONFERENCE AND ORDER TO SHOW CAUSE RE: IMPOSITION OF SANCTIONS**